IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Larry Leroy Scott, | ) | C/A NO. 0:06-2241-CMC-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Joseph Shaw, Major for Kingstree Police | ) | |
| Department; and Mark Whitfield, Sergeant | ) | |
| for Kingstree Police Department, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint arising out of his pending

criminal charges. Plaintiff appears to be a pre-trial detainee at the Williamsburg County Detention

Center.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this

matter was referred to United States Magistrate Judge Bristow Marchant for pre-trial proceedings

and a Report and Recommendation. On August 17, 2006, the Magistrate Judge issued a Report

recommending that the complaint be dismissed without prejudice and without issuance and service

of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing

objections to the Report and Recommendation and the serious consequences if he failed to do so.

Plaintiff filed objections to the Report on August 30, 2006.

The Magistrate Judge makes only a recommendation to this court. The recommendation has

no presumptive weight, and the responsibility to make a final determination remains with the court.

*See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo*

determination of any portion of the Report and Recommendation of the Magistrate Judge to which

a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

After reviewing the record of this matter, the applicable law, the Report and Recommendation of the Magistrate Judge, and the Objections, the court agrees with the conclusions of the Magistrate Judge. Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order. Plaintiff's objections provide no legally relevant argument to convince this court that this matter should proceed.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 5, 2006

C:\Documents and Settings\arh47\Local Settings\Temp\notes6030C8\~2927796.wpd

2